```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES DICKERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DESIMONE AUTO GROUP, INC., | : | |
| et al. | : | NO. 09-1551 |

## ORDER

AND NOW, this 4th day of August, 2009, upon consideration of the defendants' motion to compel arbitration and to dismiss (Docket No. 6) and the plaintiff's opposition thereto, and following oral argument on the motion held on August 3, 2009, IT IS HEREBY ORDERED that the defendants' motion is GRANTED. Counts six, seven and eight of the complaint are DISMISSED for failure to state a claim. The remainder of the complaint is DISMISSED so that the parties may proceed to arbitration on the remaining claims.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.