**PROCHNIAK WEISBERG, P.C.**
BY:  Matthew B. Weisberg
Attorney ID. #85570
7 South Morton Avenue
Morton, PA 19070
(610)690-0801                                                                          Attorney for Plaintiff-Appellant,
fax (610)690-0880                                                                                      James Dickerson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Dickerson | : | |
| 430 W. Manheim Street, Apt. #45A | : | |
| Philadelphia, PA 19144 | : | CIVIL ACTION NO.: 09-1551 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DeSimone, Inc. d/b/a | : | |
| DeSimone Auto Group, et al | : | |
| 6101 Frankford Avenue | : | **NOTICE OF APPEAL** |
| Philadelphia, PA 19153 | : | |
| | : | |
| Defendants. | : | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

     Notice is hereby given that James Dickerson, Plaintiff in the above named case, hereby appeals to the United States District Court of Appeals for the Third Circuit from the Order Granting Defendants' Motion to Dismiss entered and dates in this action by the District Court named above on August 5, 2009, and the Order Denying Plaintiff's Motion for Reconsideration entered in this action by the District Court named above on October 2, 2009 (dated October 1, 2009).

                                                        Respectfully submitted,

                                                        **WEISBERG LAW, P.C.**

                               By:   /s/ Matthew B. Weisberg
                                      MATTHEW B. WEISBERG, ESQUIRE
                                      Attorney for Plaintiff
Date:  October 16, 2009                 7 South Morton Ave.
                                      Morton, PA 19070

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| James Dickerson : | |
| 430 W. Manheim Street, Apt. #45A : | |
| Philadelphia, PA 19144 : | CIVIL ACTION NO.: 09-1551 |
| Plaintiff, : | |
| v. : | |
| : | |
| DeSimone, Inc. d/b/a : | |
| DeSimone Auto Group, et al : | |
| 6101 Frankford Avenue : | |
| Philadelphia, PA 19153 : | |
| : | JURY OF TWELVE (12) JURORS DEMANDED |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, hereby certify that on this 11th day of August, 2009, a true and correct copy of Plaintiff's Notice of Appeal, was served electronically, upon the following parties.

Nicole Gerson, Esq.
1420 Walnut St.
Ste. 300
Philadelphia, PA 19102


**WEISBERG LAW, P.C.**

BY: /s/ Matthew B. Weisberg
Matthew B. Weisberg
Attorney for Plaintiff