IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DICKERSON | : | CIVIL ACTION |
| v. | : | |
| DESIMONE, INC., et al. | : | NO. 09-1551 |

ORDER

AND NOW, this 1ST day of August, 2011, upon consideration of Defendant's Supplemental Motion to Dismiss (Docket No. 28), and the plaintiff's opposition thereto, and for the reasons stated in the memorandum of law of today's date, IT IS HEREBY ORDERED that Count VII is dismissed with prejudice and Counts V and VI are dismissed without prejudice.  This case is closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.